United States District Court
Southern District of Texas
**ENTERED**
August 23, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Lawrence Scott, § § § Plaintiff, § § v. § § G&G Properties, LLC and TXSDI 4401, LLC, § § § Defendants. § | Civil Action No. H-23-3804 |

## ORDER

On August 22, 2024, Plaintiff, Lawrence Scott, and sole Defendant, TXSDI 4401, LLC, filed a Joint Stipulation of Dismissal with Prejudice (docket no. 23) stipulating to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 23rd day of August, 2024.

---
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE